JOHN JOSEPH PETRY et al., as Executors and Trustees under the Will of CHARLES F. PETRY, Deceased, Respondents, *v.* HENRIETTA LANGAN et al., Defendants, and CATHRYN PETRY et al., Appellants.

*Petry* v. *Petry*, 186 App. Div. 738, affirmed.

(Argued October 23, 1919; decided November 18, 1919.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 2, 1919, which affirmed a judgment entered upon a decision of the court on trial at Special Term construing a clause of the will of Charles F. Petry, deceased, reading as follows: " A one undivided one-half part of said portion of my estate so held in trust, I give, devise and bequeath unto the issue of my deceased brother, John Petry, absolutely and forever," the question in controversy being the scope of the word " issue;" whether it included only the children of John Petry, or all his descendants, and whether it included descendants born after the death of testator and before the death of the life tenant. The courts below held that by the use of the word " issue," the testator intended to give that portion of his estate to the children and grandchildren of his brother *per capita.*

*Eli J. Blair* and *George W. Field* for appellants.

*John A. Hardiman* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.